# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Action No. 99-cr-00211-EWN-08

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ROBERT LEE BRYANT,

        Defendant.

---

## ORDER DENYING REQUEST FOR EARLY TERMINATION OF SUPERVISION

---

     This matter is before the Court on Defendant's Request to Terminate Supervised Release. The Court, upon review of the file and records, finds that the sentence imposed was fair and just. Therefore, it is

     **ORDERED** that Defendant's Request for Early Termination of Supervised Release is hereby denied.

     **DATED** at Denver, Colorado, this 9th day of March, 2006.

                                      BY THE COURT:

                                      <u>s/ Edward W. Nottingham</u>
                                      Edward W. Nottingham
                                      United States District Judge