**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

99-cr-00211-EWN-08

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

ROBERT LEE BRYANT,

       Defendant.

---

**ORDER TERMINATING
PRIOR TO ORIGINAL EXPIRATION DATE**

---

       On March 16, 2007, upon the report and recommendation of the probation officer, the defendant has satisfied and complied with all conditions of supervised release ordered by the Court.  Accordingly, it is

       ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

       DATED at Denver, Colorado, this 15th day of March, 2007.

       BY THE COURT:

       <u>s/ Edward W. Nottingham</u>
       Edward W. Nottingham
       United States District Judge